

Ashley B. Akapo
Associate

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY  10020

D: 212 822 2228
DirF: 212 905 6404
ashley.akapo@akerman.com

January 2, 2025

**VIA ECF**

Judge Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> The requested extension is GRANTED.  Defendant's response shall be due **January 20, 2025**.
>
> Date:   January 2, 2025
>            New York, New York
>
> SO ORDERED
>
> */s/ Jennifer Rochon*
> JENNIFER L. ROCHON
> United States District Judge

Re:   **Carlos Ortiz II, individually and on behalf of all others similarly situated v. Eagle Family Foods Group LLC**
        **Case No. 1:24-cv-09861**

Dear Judge Rochon:

On behalf of our client, Eagle Family Foods Group LLC ("Eagle Foods"), we write to request an extension of the deadline to file an opposition to the motion for remand (ECF Nos. 4-5) filed by plaintiff Carlos Ortiz II ("Plaintiff") from January 6, 2025 to January 20, 2025. This is the first request for an extension of the deadline to respond. Plaintiff's counsel has consented to this request.

Respectfully submitted,

Ashley B. Akapo

cc: All Counsel of Record (via ECF)

akerman.com
79381607;1